```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0040--CV (JKS)
                    "LEANNE LYTHGOE V USA"

       Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 02/19/04
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (360) Other personal injury

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 02/19/04 receipt # 00122521
         Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1             LYTHGOE, LEANNE                   Charles W. Ray Jr
                                                     711 H Street, Suite 310
                                                     Anchorage, AK 99501
                                                     907-274-4839
                                                     FAX 907-277-9414

DEF 1.1             UNITED STATES OF AMERICA          Daniel R. Cooper
                                                     U.S. Attorney's Office
                                                     222 W. 7th Avenue, #9
                                                     Anchorage, AK 99513-7567
                                                     907-271-5071
                                                     FAX 907-271-2344

3PP 1.1                                              Daniel R. Cooper
                                                     (see above)

3DF 1.1             ALASKA, STATE OF DEPT OF          Stephanie Galbraith Moore
                    TRANSPORATION                    Attorney General's Office
                                                     1031 W. 4th Avenue, Suite 200
                                                     Anchorage, AK 99501
                                                     907-269-5190
                                                     FAX 907-258-0760

3DF 2.1             RENT A CAN TOILET COMPANY INC    Monica Jenicek
                                                     Stone & Jenicek
                                                     880 H Street  Suite 203
                                                     Anchorage, AK 99501-3450
                                                     907-277-8567
                                                     FAX 907-274-9788

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A04-0040--CV (JKS)
                                    "LEANNE LYTHGOE V USA"

                                        For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 02/19/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (360) Other personal injury

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 02/19/04 receipt # 00122521
           Trial by: Jury


 Document #   Filed      Docket text
 ----------   --------   -----------
      1 -  1  02/19/04   Complaint filed; Summons issued.

      2 -  1  03/04/04   PLF 1 Return of Service Executed re: USDA Forsest Service on 2/26/04.

      3 -  1  04/29/04   PLF 1 Return of Service Executed on 04/09/04 on U.S. Atty's Office.

      4 -  1  06/09/04   DEF 1 Answer to Complaint..

      5 -  1  06/10/04   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

      6 -  1  06/24/04   PLF 1; DEF 1 Report.

      7 -  1  06/29/04   JKS Minute Order that unless parties file notice by 7/14/04 declining
                         participation in early neutral evaluation the case will proceed to early
                         neutral evaluation w/Judge von der Heydt. cc: cnsl, Judge von der Heydt

      8 -  1  07/29/04   PLF 1 motion for withdrawal by attorney Herman Walker and substitution
                         of Charles Ray.

      8 -  2  08/02/04   JKS Order granting mot for withdrawal by atty Herman Walker and
                         substitution of Charles Ray, Jr. (8-1). cc: USA, H. Walker, C. Ray

      9 -  1  09/09/04   JAV Minute Order re: ENE session held 9/9/04; parties to provide Judge
                         von der Heydt confidential stmt by 9/14/04; settl conf, if any, will not
                         be held prior to 10/12/04. cc: cnsl, Judge Singleton, ADR Administrator

     10 -  1  09/17/04   JAV Minute Order extending 90 day period for ENE negotiations for an
                         addtl 30 days. cc: cnsl, Judge Singleton

     11 -  1  09/17/04   JAV Order setting settl conf on 10/15/04 @ 9:30 a.m. in chambers before
                         Judge von der Heydt. cc: cnsl, Judge Singleton

     12 -  1  09/22/04   JAV Minute Order the sttl conf set 10/15/04 is vacated and reset for
                         9:30 a.m. 10/26/04.  cc: cnsl, Judge Singleton

     13 -  1  10/27/04   JAV Minute Order re: settl conf held; no possibility of settl exists;
                         cause is returned to trial judge for further proceedings. cc: cnsl,
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0040--CV (JKS)
                                "LEANNE LYTHGOE V USA"
```

|  | For all filing dates |
|---|---|

| Document # | Filed | Docket text |
|---|---|---|
|  |  | Judge Singleton, ADR Administrator |
| 14 - 1 | 10/28/04 | (VACATED per #17) JKS Scheduling and Planning Order setting pretrial deadlines: Original discovery 07/01/05; Dispositive motions deadline 08/01/05. cc: cnsl |
| NOTE - 1 | 04/01/05 | Issued: summons re: 3DF1, 3DF2. |
| 15 - 1 | 04/01/05 | 3PP 1 Complaint (Third-party) w/att exh. |
| 16 - 1 | 04/01/05 | PLF 1; DEF 1 motion (joint) to vacate S&P order of 10/27/04. |
| 17 - 1 | 04/05/05 | JKS Order granting motion (joint) to vacate S&P order of 10/27/04 (16-1); w/in 14 days after all answers to 3PP-1 complaint (15-1), pltf's cnsl to arrange a meeting of cnsl & w/in 7 days after meeting submit parties' planning meeting report, crt will therafter issue a new S&P order. cc: cnsl |
| 18 - 1 | 04/08/05 | 3PP 1 Return of Service Executed re: 3DF -1 (G. Renkes) on 4,4,05; 3DF-1 (N.Gordon) on 4/4/05; 3DF-2 on 4/4/05. |
| 19 - 1 | 04/12/05 | 3DF 1 Attorney Appearance of S. Galbraith Moore (AAG-200). |
| 20 - 1 | 05/03/05 | 3DF 2 Attorney Appearance of Monica Jenicek. |
| 21 - 1 | 05/03/05 | 3DF 2 Jury Demand. |
| 22 - 1 | 05/04/05 | 3DF 1 Answer to Third-party Complaint. |
| 23 - 1 | 05/04/05 | 3DF 1 Jury Demand. |
| 24 - 1 | 05/05/05 | 3DF 2 Answer to Third-party Complaint |
| 25 - 1 | 06/28/05 | PLF 1; DEF 1; 3PP 1; 3DF 1-2 S & P Conference Report. |
| 26 - 1 | 07/06/05 | JKS Scheduling and Planning Order setting pretrial deadlines: Discovery to close 01/17/06; Dispositive motions deadline 02/17/06; Estimate of trial 5 days. cc: cnsl |
| 27 - 1 | 11/07/05 | 3DF 2 motion for dismissal of the third party complaint against it w/prejudice or for summary judgment w/att exhs. |
| 28 - 1 | 11/28/05 | 3DF 1 opposition to 3DF 2 motion for dismissal of the third party complaint against it w/prejudice or for summary judgment (27-1) w/att exhs. |