Monica Jenicek
Law Offices
STONE & JENICEK
880 H Street, Suite 203
Anchorage, AK 99501
(907) 277-8567

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3:02

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEANNE LYTHGOE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant and Third-Party Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| STATE OF ALASKA DEPARTMENT OF TRANSPORTATION and RENT-A-CAN TOILET COMPANY, INC. | ) ) ) ) |
| Third-Party Defendants | ) ) |
| | ) Case No. A04-0040 CV (JKS) |

**REQUEST FOR ORAL ARGUMENT ON RENT-A-CAN TOILET COMPANY'S MOTION FOR DISMISSAL OF THIRD PARTY COMPLAINT AGAINST IT WITH PREJUDICE OR FOR SUMMARY JUDGMENT**

Third-Party Defendant Rent-a-Can Toilet Company, Inc. has attempted to resolve the matter with opposing counsel, and in its attorney's opinion, oral argument on its Motion for Dismissal of Third Party Complaint Against It With Prejudice or For Summary Judgment is necessary.

Law Offices
STONE & JENICEK
A Professional Corporation
880 H STREET, SUITE 203
Anchorage, Alaska 99501-3450
(907) 277-8567

31

DATED at Anchorage, Alaska this  6  day of December, 2005.

                                          Law Offices
                                          STONE & JENICEK
                                          Counsel for Third-Party Defendant
                                              Rent-a-Can Toilet Company

                                      By: _____
                                              Monica Jenicek
                                              ABA No. 7705028

This is to certify that a copy of the foregoing was mailed this  6th  day of December, 2005 to:

<u>Plaintiff's Attorney</u>
Law Offices of
Charles W. Ray, Jr., PC
711 H Street, Suite 310
Anchorage, AK 99501

<u>Defendant and Third-Party Plaintiff's Attorney</u>
Daniel R. Cooper, Jr.
Assistant U.S. Attorney
222 W. Seventh Avenue #9, RM 253
Anchorage, AK 99513-7567

<u>Third-Party Defendant State of Alaska Dept. Transportation's Attorney</u>
Stephanie Galbraith
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

_____
Penny L. Zaudrin

cc:   C. Fennimore, Claim No. MIS10251
       S. Johansen, Rent A Can Toilet Co., Inc.

*LYTHGOE v. USA v. STATE DOT &*
*RENT-A-CAN TOILET CO.   A04-0040 CV (JKS)*
RENT A CAN'S REQUEST FOR ORAL ARGUMENT

Law Offices
STONE & JENICEK
A Professional Corporation
880 H STREET, SUITE 203
Anchorage, Alaska 99501-3450
(907) 277-8567

2