Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Leanne Lythgoe

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -8 AM 11: 23

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEANNE LYTHGOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant, ) <br> ) <br> vs. ) <br> ) <br> STATE OF ALASKA DEPARTMENT ) <br> OF TRANSPORTATION and RENT-A-) <br> CAN TOILET COMPANY, INC., ) <br> ) <br> Third-Party Defendants. ) <br> ) | Case No. A04-0040 CV (JKS) <br><br><br><br><br><br><br><br><br><br><br> NOTICE OF SETTLEMENT |

Plaintiff Leanne Lythgoe, through her lawyer Charles W. Ray, Jr., gives notice to the Court that the parties hereto have reached an agreement to settle this matter. The appropriate Stipulation for Dismissal will be filed by the parties as soon as possible.

DATED this 8th day of December 2005.

LAW OFFICES OF CHARLES W. RAY, JR.
Lawyer for Plaintiff

By _____
Charles W. Ray, Jr.
ABA# 8406048

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

32

I certify that on the 8th day of December, 2005, I caused a true and correct copy of the foregoing to be sent via:

☒ U.S. Postal Service
☒ Facsimile
☐ Hand Delivery
☐ Other _____

to the following:

Daniel R. Cooper, Jr.
Assistant U.S. Attorney
222 W. 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567

Stephanie Galbraith Moore
Assistant Attorney General
Office of the Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

Monica Jenicek
Stone & Jenicek
880 H St., Suite 203
Anchorage, AK 99501

By _____
Secretary to Charles W. Ray, Jr.

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

Notice of Settlement
Lythgoe v. U.S.   A04-0040 CV (JKS)
Page 2 of 2      Lythgoe/328.1/Settle.not