## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  LEANNE LYTHGOE   v.   UNITED STATES OF AMERICA

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                    CASE NO.  3:04-CV-00040-JKS

 Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: January 13, 2006

     In light of the Notice of Settlement, Clerk's Docket No. 32, A status report shall be filed by counsel for plaintiff on or before **January 30, 2006**, unless closing papers are sooner filed.

[]{IA.WPD*Rev.12/96}