Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Leanne Lythgoe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEANNE LYTHGOE, | ) | Case No. A04-0040 CV (JKS) |
| Plaintiff, | ) | |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant, | ) | |
| vs. | ) | |
| STATE OF ALASKA DEPARTMENT OF TRANSPORTATION and RENT-A-CAN TOILET COMPANY, INC., | ) | |
| Third-Party Defendants. | ) | |

STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Leanne Lythgoe by and through her lawyer Charles W. Ray, Jr., Defendant United States of America by and through the United States Attorney, Third-Party Defendant State of Alaska by and through the Attorney General's Office, and Third-Party Defendant Rent-A-Can Toilet Company, Inc., by and through its lawyer Stone & Jenicek, hereby stipulate that all claims by and between the

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414

parties pending in the above-captioned case may be dismissed, with prejudice, with each of

the parties to bear his/her/its own costs and fees.

DATED this 31st day of January, 2006.

LAW OFFICES OF CHARLES W. RAY, JR., P.C.
Lawyer for Plaintiff

By _____
Charles W. Ray, Jr.
ABA# 8406048

DATED this ____ day of January, 2006.

TIMOTHY M. BURGESS
United States Attorney

By _____
Daniel R. Cooper, Jr.
Assistant U.S. Attorney
ABA# 8211109

DATED this 9 day of January, 2006.

DAVID W. MARQUEZ
ATTORNEY GENERAL
Attorney for the State of Alaska

By _____
Stephanie Galbraith-Moore
Assistant Attorney General
ABA# 911063

DATED this 6 day of January, 2006.

STONE & JENICEK, P.C.
Attorneys for Rent-A-Can Toilet Company, Inc.

By _____
Monica Jenicek
ABA# 7705028

LAW OFFICES OF
CHARLES W. RAY, JR., P.C.
711 H STREET, SUITE 310
ANCHORAGE, ALASKA 99501
(907) 274-4839
FAX (907) 277-9414