Charles W. Ray, Jr.
LAW OFFICES OF CHARLES W. RAY, JR.
711 H Street, Suite 310
Anchorage, AK 99501
(907) 274-4839
Lawyer for Plaintiff Leanne Lythgoe

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEANNE LYTHGOE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant,<br><br>　vs.<br><br>STATE OF ALASKA DEPARTMENT<br>OF TRANSPORTATION and RENT-A-<br>CAN TOILET COMPANY, INC.,<br><br>　　　　Third-Party Defendants. | Case No. A04-0040 CV (JKS)<br><br><br><br><br><br><br><br><br><br>ORDER FOR DISMISSAL |

A Stipulation for Dismissal with Prejudice having been filed by the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its own costs and fees.

DATED this 2nd day of January 2006.

/s/ James K. Singleton
_____
James K. Singleton
United States District Court Judge